# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**ELVIS J. GARCIA**                                             Civil Action No._____

    **Plaintiff**

**vs.**

**UNITED STATES OF AMERICA**                        **NOVEMBER 3, 2005**

    **Defendant**

## COMPLAINT

### Jurisdiction

1. This is a civil action brought by a driver of a motor vehicle alleging a claim of a negligent tort by a driver, **ROBIN M. RICHARD**, who was an employee of the **Federal Bureau of Investigation**.

2. The court has jurisdiction over the federal claim under the Federal Tort Claims Act, 28 USC §§2671 et seq., and 28 USC §1346(b).

3. Venue is appropriate in the District of Connecticut pursuant to 28 USC § 1391(b) because the events giving rise to the claim occurred within this district.

5. The plaintiff **ELVIS J. GARCIA** is a resident of the State of Connecticut, and resides at 38 Main Street, Apt. 210, New Britain, Connecticut.

6. On or about June 8, 2004, at approximately 6:40 p.m., the plaintiff, **ELVIS J> GARCIA,** was driving a 1991 Honda automobile and was proceeding in a generally northerly direction on route 72, exit 28 in New Britain, Connecticut.

7. On or about June 8, 2004, at approximately 6:40 p.m., **ROBIN M. RICHARD**, was the operator of a 1996 Ford automobile. At said time and place, **ROBIN M. RICHARD** was employed at the **Federal Bureau of Investigation**, an agency of the **United States Government** and it was the owner of said 1996 Ford vehicle. Said automobile was proceeding in a generally northerly direction on said Route 72, exit 28 to the rear of **GARCIA** automobile.

8. At all times hereinafter mentioned, said road was an open and public thoroughfare in the City of New Britain, County of Hartford and State of Connecticut.

9. At all times hereinafter mentioned, **ROBIN M. RICHARD** was operating the vehicle owned by the **Federal Bureau of Investigation,** as the agent, servant and/or employee and with the permission and consent of said **Bureau.**

10. At said date, time and place, **ROBIN M. RICHARD**, suddenly and without warning struck the rear end of the 1991 Honda vehicle owned and operated by the defendant, **ELVIS J. GARCIA,** thus causing the injuries and losses to the plaintiff hereinafter complained of.

11. Said occurrence was due to the negligence and carelessness of the operator,

**ROBIN M. RICHARD**, in one or more of the following ways:

    a.    IN THAT the operator, **ROBIN M. RICHARD**, failed to keep a reasonable and proper look out and was inattentive in the operation of the motor vehicle;

    b.    IN THAT the operator, **ROBIN M. RICHARD**, failed to slow down or stop the motor vehicle in time to avoid said collision;

    c.    IN THAT the operator, **ROBIN M. RICHARD** failed to apply the brakes in time to avoid said collision;

    d.    IN THAT the operator, **ROBIN M. RICHARD**, failed to turn the motor vehicle in time to avoid said collision;

    e.    IN THAT the operator, **ROBIN M. RICHARD**, failed to give the Plaintiff a timely warning or any warning whatsoever of the impending collision; and

    f.    IN THAT the operator **ROBIN M. RICHARD**, violated the motor vehicle laws of the State of Connecticut in that she was following too closely to the rear of the vehicle operated by the defendant **ELVIS J. GARCIA** in violation of §14-240 of the Connecticut General Statutes;

    12.    As a result of said accident, the plaintiff, **ELVIS J. GARCIA,** was hurled violently in and about the motor vehicle he was in and sustained severe and substantial injuries. He was taken by ambulance to the hospital emergency room for care and treatment and subsequently suffered pain in his shoulder, neck and lower back. Further examination determined low back pain and discomfort resulting in a 5 % permanent partial disability of the lumbar spine . He also sustained injuries to the soft tissue structure of the aforesaid areas with attendant pain,

mental anxiety and distress of mind. Some or more of the aforesaid injuries or the effects thereof are likely to be of a permanent nature, and he will be restricted in his activities.

13. As a further result of the accident, the plaintiff, lost time from work and in the future, may have an impairment of his earning capacity.

## SUBMISSION AND REJECTION OF CLAIM

15. Under date of May 11, 2005, plaintiff submitted his claim, in the amount of $75,000.00 to the **Federal Bureau of Investigation.**

16. On May 18, 2005, the claim was rejected by said **Bureau**.

WHEREFORE, plaintiff demands judgment against the defendants as follows:

1. the sum of $75,000.00 for past and future medical expenses, lost wages, loss of future wages, and pain and suffering;

2. costs in this action;

3. such other relief as the court deems proper.


Dated at Hartford, Connecticut this 4th November, 2005.

                PLAINTIFF,


                By: __/s_____

                Harris B. Appelman
                Harris Appelman, LLC
                576 Farmington Ave.
                Hartford, CT, 06105
                (860) 233-4134
                Fax: (860) 233-4314
                EMAIL: harrisappel@aol.com
                Fed Bar No. 03631


Please enter my appearance for the plaintiff.

## REQUEST FOR A TRIAL BY JURY

The plaintiff respectfully requests a trial by jury as to all claims to which he is entitled by law.

Respectfully submitted,
THE PLAINTIFF

By: /S/

Harris B. Appelman
Harris Appelman, LLC
576 Farmington Avenue
Hartford, CT 06105
Tel No.: (860) 233-4134
Fax No.: (860) 233-4314
Email: harrisappel@aol.com
Federal ct #03631