<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF CONNECTICUT</u>

ELVIS GARCIA,                          No. 3:05 CV 1706 (MRK)

    Plaintiff

vs.

UNITED STATES OF AMERICA

                                  FEBRUARY 13, 2006

    Defendant

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1) plaintiff, Elvis J. Garcia, hereby gives notice of voluntary dismissal, without prejudice.

Dated at Hartford, Connecticut this 13 day of February, 2006.

                                       Plaintiff
                                       Elvis J. Garcia
                                       By: /s/Harris B. Appelman
                                       Harris B. Appelman
                                       Harris Appelman, LLC
                                       576 Farmington Ave.
                                       Hartford, CT, 06105
                                       (860) 233-4134
                                       CT 03631

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion was mailed to all counsel of record this 13 day of February, 2006 as follows:

Attorney Lisa E. Perkins
United States Attorney's Office (HFD)
450 Main Street, Room 328
Hartford, CT, 06103

/s Harris B. Appelman

_____
Harris B. Appelman